IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN PEREZ-VASQUEZ,

        *Petitioner*

v.

J.L. JAMISON, *et al.*,

        *Respondents.*

Civ No: 25-07035

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Civil Rule 41.1(b), the parties jointly stipulate that the action should be dismissed against all Respondents, with prejudice.

Dated: January 28, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Justin Mixon
JUSTIN MIXON
453 Johnson Street, Suite 100
Jenkintown, PA 19046
Phone: 215-498-7100
justinmixon@mixonlegal.net

/s/ John W. Scott
JOHN W. SCOTT
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8359
john.scott@usdoj.gov

*Counsel for Petitioner*

*Counsel for Respondents*

Jan 29, 2026

Gail Weitheimer